# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charles Branch, | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| XTO Energy, Inc., et al., | ) |
| | ) Case No. 1-16-cv-10 |
| Defendants. | ) |

Before the court is a motion for attorney Mackenzie A. Mango to appear *pro hac vice* on Defendant Progressive Global Energy's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Mango has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Mango has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 47) is **GRANTED**. Attorney Mango is admitted to practice before this court in the above-entitled action on behalf of Progressive Global Energy.

**IT IS SO ORDERED.**

Dated this 9th day of May, 2017.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr.
>  United States Magistrate Judge