# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Charles Branch, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| XTO Energy, et. al., | ) | Case No. 1:16-cv-010 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Brian Groover, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:16-cv-015 |
| XTO Energy, Inc., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 29, 2016, the court issued an order consolidating the above-entitled actions for purposes of discovery and giving the parties until September 2, 2016, to show cause why the above-entitled actions should not be consolidated for trial. Plaintiffs were subsequently granted leave to join additional parties.

On June 2, 2017, the court held a status conference with the parties to discuss, amongst other things, revisions to the pretrial deadlines and the consolidation of the above-entitled actions trial. Pursuant to these discussions, the court **ORDERS** the following in the above-entitled actions:

(1) The parties shall have until July 17, 2017, to make their initial disclosures.

(2) The parties shall have until August 1, 2018, to file dispositive motions (summary judgment as to all or part of the case).

1

(3) The parties may immediately proceed with discovery.

(4) The parties shall have until June 12, 2017, to show cause why the above-entitled actions should not be consolidated for trial.

(5) The court will issue a more complete progression order after it resolves the issue of consolidation. The parties can submit proposed dates.

Dated this 16th day of June, 2017.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court