# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Charles Branch, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| XTO Energy, Inc., et. al., ) | |
| ) | Case No. 1:16-cv-010 |
| Defendants. ) | |

Before the court is a motion for attorney Jesse E. Sater to appear *pro hac vice* on behalf of Defendant Colter Energy Services USA, Inc. ("CES"). In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Jesse Sater has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Jesse Sater has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 73) is **GRANTED**. Attorney Jesse Sater is admitted to practice before this court in the above-entitled action on behalf of CES.

**IT IS SO ORDERED.**

Dated this 7th day of November, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge